**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **(01) BOBBY L. ROEDER**, <br> [DOB: 08/28/1986], <br><br> and <br><br> **(02) DANIEL S. BRADFORD**, <br> [DOB: 01/14/1988]. <br><br> Defendants. <br><br> **Defendants/Counts:** <br> **(01) Roeder: 1 & 2** <br> **(02) Bradford: 1 & 2** | No. 21-3010-01/02-CR-S-BCW <br><br> **COUNT 1** <br> 18 U.S.C. §§ 922(g)(1) and 924(a)(2) <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> **COUNT 2** <br> 18 U.S.C. § 1708 <br> NMT 5 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 1 Year Supervised Release <br> Class E Felony <br><br> $100 Mandatory Special Assessment each count |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or about November 10, 2020, in Laclede County, Western District of Missouri, the defendants, **BOBBY L. ROEDER** and **DANIEL S. BRADFORD**, knowing that they had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Savage brand, B-Mag model, .17-caliber rifle, bearing serial number J166607, and that firearm was in and affecting interstate commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about November 10, 2020, in Laclede County, Western District of Missouri, the defendants, **BOBBY L. ROEDER** and **DANIEL S. BRADFORD**, did unlawfully have in their possession, a letter addressed to Ronald Roberts, at 10600 Kettle Road, Eldridge, Missouri, which had been stolen from a mail receptacle which was an authorized depository for mail matter, knowing the said letter to have been stolen from an authorized depository for mail matter. All in violation of Title 18, United States Code, Section 1708.

**A TRUE BILL.**

*/s/ Kevin Elliott*
**FOREPERSON OF THE GRAND JURY**

*/s/ Anthony Brown*
**ANTHONY M. BROWN**
Special Assistant United States Attorney
MO Bar #62504

Dated: 1/20/2021 at Springfield, Missouri.